UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| UNITED STATES OF AMERICA, | ) Case No.: 2:18-cr-00066-JAD-CWH |
|---|---|
| Plaintiff, | ) ORDER FOR ISSUANCE OF WRIT OF |
| | ) HABEUS CORPUS AD |
| v. | ) PROSEDUENDUM FOR |
| | ) FRANCISCO RAMOS (ID #02887469) |
| FRANCISCO RAMOS, | ) |
| Defendant. | ) |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said FRANCISCO RAMOS before the United States District Court at Las Vegas, Nevada, on or about March 22, 2018, at the hour of 3:00 p.m. for Initial Appearance and any further proceedings and from time-to-time and day-to-day thereafter until excused by the said Court.

DATED: March 20, 2018.

_____
UNITED STATES MAGISTRATE JUDGE